**RECEIVED**

MAY 1 8 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-cr-083 |
| v. | INDICTMENT |
| RYAN JOSEPH ARGUELLO, | T. 18 U.S.C. § 1343 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### Introduction

At all times material to this indictment:

1. The defendant, RYAN JOSEPH ARGUELLO, was a resident of Newton, Iowa, in the Southern District of Iowa.

2. The defendant, RYAN JOSEPH ARGUELLO, marketed himself as a real estate investor.

3. In 2014, the defendant, RYAN JOSEPH ARGUELLO, established RC Homes. Through this entity, ARGUELLO purported to buy properties at a discount, fix up the properties, and then sell the properties for a profit.

4. RYAN JOSEPH ARGUELLO primarily used private lenders to loan him money to fund his real estate deals.

5. RYAN JOESPH ARGUELLO provided mortgages to private lenders for properties, that ARGUELLO owned, or claimed to own, as collateral for the loans made to ARGUELLO. To secure the loan, the individual lenders would be able

initiate foreclosure proceedings on the mortgages held as collateral if ARGUELLO defaulted on the loans.

6. ARGUELLO provided the individual lenders and their associates the mortgage documents and communicated the mortgages had been filed at a county recorder's office.

7. The victim private lender individuals include but are not limited to: D.G.; J.G.; and J.B.; for approximate losses to the victims of approximately $632,000.

## The Scheme and Artifice to Defraud

8. From at least on or about August 2018, and continuing through at least on or about May 2020, in the Southern District of Iowa and elsewhere, RYAN JOSEPH ARGUELLO, defendant herein, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud lenders, and to obtain money from the lenders by means of materially false and fraudulent pretenses, representations, and promises, and by intentional concealment of material facts.

9. It was part of the scheme that RYAN JOSEPH ARGUELLO asked individual private lenders for loans to fund ARGUELLO'S real estate deals.

10. It was further part of the scheme that RYAN JOSEPH ARGUELLO induced private lenders to loan him money by offering mortgages on property ARGEULLO owned and purported to own as collateral.

11. It was further part of the scheme that RYAN JOSEPH ARGUELLO e-mailed the lenders and their associates mortgage documents that indicated the mortgages offered by ARGUELLO for collateral had been legally filed at a county

recorder's office.

12. It was further part of the scheme that RYAN JOSEPH ARGUELLO failed to file the mortgages at a county recorders office.

13. It was further part of the scheme that RYAN JOSEPH ARGUELLO e-mailed mortgages containing fake county recorder filing stamps to the lenders and their associates.

14. It was further part of the scheme that RYAN JOSEPH ARGUELLO did not own the properties detailed on some of the mortgages he gave lenders as collateral.

15. It was further part of the scheme that RYAN JOSEPH ARGUELLO emailed the mortgages to the lenders and their associates indicating ARGUELLO owned the properties, when, in fact, he did not.

16. It was further part of the scheme that RYAN JOSEPH ARGUELLO sent e-mails to a lender falsely stating he was an attorney named Dan Brown and provided the lender false information related to a mortgage ARGUELLO gave the lender as collateral.

17. It was further part of the scheme when ARGUELLO defaulted on the loans to the lenders, the lenders had no recourse as they could not foreclose on a mortgage that was not filed in their name and they could not foreclose on a mortgage for a property that ARGUELLO never owned.

18. In furtherance of the scheme, and to continue to defraud individual lenders, RYAN JOSEPH ARGUELLO, through the use of interstate telephone text messages and electronic mail, misled lenders as to the true nature of the mortgages ARGUELLO gave them as collateral and in exchange for loan funds. RYAN JOSEPH ARGUELLO also caused the lenders to use interstate wires, in furtherance of his scheme to defraud, through money wire transfers initiated by the lenders to fund the loans to ARGUELLO.

## Counts 1 - 7
### (Wire Fraud)

15. Paragraphs 1 – 18 of the Indictment are re-alleged and incorporated herein.

16. On or about each of the dates set forth below, in the Southern District of Iowa and elsewhere, the defendant, RYAN JOSEPH ARGUELLO, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money and property by means of false and fraudulent pretenses and representations, did knowingly deliver and cause to be delivered by means of wire in interstate commerce, monies and electronic messages as identified below:

| Count | Date | Nature of Wired Item |
|---|---|---|
| 1 | 8/13/2018 | Lender D.G., via Wells Fargo in the state of Nevada, by way of interstate wires to RYAN JOSEPH ARGUELLO'S Great Western Bank account in the Southern District of Iowa, wired $120,000 to ARGUELLO. |

| Count | Date | Nature of Wired Item |
|---|---|---|
| 2 | 8/22/2018 | Lender J.G., from Colorado, by way of interstate wires to RYAN JOSEPH ARGUELLO's Great Western Bank account in the Southern District of Iowa, wired $67,000 to ARGUELLO. |
| 3 | 9/5/2018 | Lender J.G., from Colorado, by way of interstate wires to RYAN JOSEPH ARGUELLO's Great Western Bank account in the Southern District of Iowa, wired $85,000 to ARGUELLO. |
| 4 | 10/22/2018 | Lender J.G., from Colorado, by way of interstate wires to RYAN JOSEPH ARGUELLO's Great Western Bank account in the Southern District of Iowa, wired $75,000 to ARGUELLO. |
| 5 | 11/29/2018 | Lender J.G., from Colorado, by way of interstate wires to RYAN JOSEPH ARGUELLO's Great Western Bank account in the Southern District of Iowa, wired $85,000 to ARGUELLO. |
| 6 | 1/24/2019 | Lender J.G., from Colorado, by way of interstate wires to RYAN JOSEPH ARGUELLO's Great Western Bank account in the Southern District of Iowa, wired $95,000 to ARGUELLO. |
| 7 | 8/27/2019 | Electronic Message from RYAN JOSEPH ARGUELLO, in the Southern District of Iowa, to J.B., in Florida, stating ARGUELLO will have the mortgages he gave to J.B. as collateral for a $105,000 loan notarized and filed, when in fact, the mortgages were not filed by ARGUELLO. |

Each of the above counts is a violation of Title 18, United States Code, Section 1343.

**A TRUE BILL.**

                                                FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Rachel J. Scherle
Assistant United States Attorney